DIST. OF CONN.
02-CR-89
(BURNS)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 16th day of February, two thousand five.

---

Order of Remand Pursuant to
United States v. Crosby

UNITED STATES OF AMERICA,
    Appellee,

-v.-

DONOVAN SCOTT,
    Defendant-Appellant.

02-1627



---

### ORDER

In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this Court's decision in United States v. Crosby, No. 03-1675, 2005 WL 240916, 2005 U.S. App. LEXIS 1699 (2d Cir. Feb. 2, 2005), this case is remanded to the district court for further proceedings in conformity with Crosby.

To the extent that the wording of the mandate in this case contains law, procedure or directions inconsistent with Booker or Crosby, the mandate is hereby modified to conform to those cases.

A party who makes no motion for rehearing of this remand order will not thereby waive or forfeit any argument on remand or on any appeal post-remand.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _Richard Alcantara_
Richard Alcantara, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

Certified: 2-16-05