*02cr89scott ord*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAR 24 P 2: 17
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA     :

        v.     :   NO. 3:02CR89(EBB)

DONOVAN SCOTT     :

## O R D E R

The government and the defendant shall, on or before April 18, 2005, file with the court their respective positions as to whether a nontrivially different sentence should be imposed in this case in light of United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, No. 03-1675 (2d Cir. Feb. 2, 2005). Defendant may, in his submission, elect to waive resentencing.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 24 day of March, 2005.

AO 72A
(Rev.8/82)