UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CRIMINAL NO. 3:02CR89(EBB) |
| DONOVAN SCOTT | : | APRIL 11, 2005 |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby request that the Court grant an extension of time of two weeks, from April 18, 2005 through May 2, 2005, for the filing of memoranda in aid of necessity of resentencing. As grounds therefore, the respondent cites that additional time is required due to the press of business.

This is the first request for an extension of time. Counsel for the defendant has been contacted and has no objection to this motion for extension of time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct04786
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101